UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-39-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MELISSA SIGMON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 145). The Government has filed a response. (Doc. No. 147).

In its response, the Government asserts that neither the Government nor probation opposes the early termination of Defendant's period of supervised release. Because Defendant has shown that she is a good candidate for early termination, the Court will therefore grant Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 145), is **GRANTED**.

Signed: August 11, 2023

Max O. Cogburn Jr.
United States District Judge

1